**FRANKLIN G. GUMPERT # 66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
P.O. Box 661448
Sacramento, California  95866-1448
Telephone:  (916) 849-2480
Facsimile:  (916) 570-3660

Attorneys for Defendant
COUNTY OF EL DORADO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA IMEL, | No. CIV.S-10-0688-FCD-EFB |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE |
| vs. | AND |
| COUNTY OF EL DORADO, | **ORDER DISMISSING ACTION** |
| Defendant. / | |

IT IS HEREBY STIPULATED between Aldon Bolanos as counsel for Plaintiff LINDA IMEL and Franklin G. Gumpert of Barkett & Gumpert as counsel for Defendant COUNTY OF EL DORADO that this entire action shall be dismissed as against all defendants, with prejudice.

DATED: July 27, 2010      LAW OFFICE OF ALDON BOLANOS


                By:  /s/Aldon Bolanos
                     ALDON BOLANOS, # 233915
                     Attorney for Plaintiff LINDA IMEL


DATED: July 23, 2010      BARKETT & GUMPERT
                          Attorneys at Law


                By:  /s/Franklin G. Gumpert
                     FRANKLIN G. GUMPERT, #66051
                     Attorneys for Defendant
                     COUNTY OF EL DORADO

STIPULATION FOR DISMISSAL/ORDER OF DISMISSAL OF ENTIRE ACTION      **Page 1**

1 **ORDER**

2    The parties having stipulated and good cause appearing
3 therefor, IT IS HEREBY ORDERED that the entire action be dismissed
4 with prejudice.

5 DATED: July 29, 2010

    _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE